**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 8, 2011.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-10-01141-CV
_____

**DAWN JOHNSON WHATLEY, Individually and as the Executrix of the Estate of Perry Lee Whatley, and MICHAEL EASTON, Appellants**

**V.**

**MYLUS JAMES WALKER, JR., Appellee**

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 355,095**

## MEMORANDUM OPINION

This is an appeal from an order approving the Guardian's Final Accounting signed October 6, 2010.  On October 27, 2011, appellants filed an unopposed motion to dismiss the appeal because the case has been settled.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and McCally.